THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State of South
 Carolina,        Respondent,
 
 
 

v.

 
 
 
 Leroy Portee,
 Jr.,        Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-485
Submitted August 1, 2005  Filed August 15, 2005   

AFFIRMED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for
 Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Senior Assistant Attorney
 General Harold M. Coombs, Jr., Office of the Attorney General, of
 Columbia; Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Leroy
Portee appeals from his conviction for armed robbery and sentence to fifteen
years in prison.  We affirm[1]
pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Issue
I:  State v. Gentry, 363 S.C. 93, 102-03, 610 S.E.2d 494, 500 (2005)
(view indictment with practical eye to determine sufficiency of notice); State
v. McHoney, 344 S.C. 85, 97, 544 S.E.2d 30, 36 (2001) (if there is any
direct evidence or substantial circumstantial evidence reasonably tending to
prove the guilt of the accused, we must find the case was properly submitted to
the jury).  Issue II: State v. Gentry, 363 S.C. 93, 102-03, 610
S.E.2d 494, 500 (2005) (if an indictment is challenged as insufficient or
defective, the defendant must raise that issue before the jury is sworn and not
afterwards); State v. Wilkes, 353 S.C. 462, 578 S.E.2d 717 (2003); S.C.
Code Ann. § 17-19-90 (2003).
AFFIRMED.
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.   

[1] We decide the case without oral argument pursuant to Rule 215,
SCACR.